IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DUSTIN C. WILSON, | ) | Civil Action No. 7:14-cv-00075 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LT. KINSER, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

Dustin C. Wilson, who is incarcerated and proceeding *pro se*, filed a motion for default judgment because he believes the defendants did not timely comply with the court's order to respond to a motion for a preliminary injunction. Because the defendants timely responded to the court's order, Wilson's motion for default judgment (Docket No. 79) is **DENIED**.

The Clerk shall send a copy of this Order to the parties.

It is so **ORDERED**.

ENTER: This \_\_\_8th\_\_\_ day of July, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE