IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DUSTIN C. WILSON,** | ) | Civil Action No. 7:14cv00075 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **C/O J. BRYANT,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 91) is **GRANTED in part** as to all claims against McBride and is **DENIED in part** as to all claims against Kinser, Bryant, Boyd, and Light; Wilson's motions for summary judgment (Docket Nos. 81 and 96) are **DENIED**; and this matter is **TRANSFERRED** to the Honorable James P. Jones, United States District Judge. This matter will be set for a bench trial by a separate order.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 25th day of February, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE